UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal Insurance Company,

        Plaintiff,

—v—

S & S Trucking LLC,

        Defendant.

19 CV 06837 (AJN)

ORDER

FEB 2 1 2020

ALISON J. NATHAN, District Judge:

Due to the Court's unavailability, the post discovery conference previously scheduled for Friday, April 17, 2020 at 3:45 p.m. is hereby adjourned to Tuesday, April 21, 2020 at 3 p.m.

SO ORDERED.

Dated: Feb 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge